# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | United Cooling & Refrigeration, Inc. | 12/7/2022 | 266482 | Check | $ 2,059.19 |
| Akorn Operating Company, LLC | United Cooling & Refrigeration, Inc. | 1/26/2023 | 267085 | Check | $ 25,224.07 |
| Akorn Operating Company, LLC | United Cooling & Refrigeration, Inc. | 2/1/2023 | 267144 | Check | $ 2,320.52 |
| Akorn Operating Company, LLC | United Cooling & Refrigeration, Inc. | 2/16/2023 | 267375 | Check | $ 3,136.88 |
| | | | | | $ 32,740.66 |